UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MIRANDA MURRAY and BRANDI MILFORD**, Individually and on behalf of themselves and all others similarly situated<br><br>v.<br><br>**ALL-CLAD METALCRAFTERS, LLC, and GROUPE SEB USA, INC.,** | Case No. 1:21-cv-00095-MHC |

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel for Defendants hereby files this Notice of Change of Address. Effective immediately, all further pleadings, discovery and correspondence regarding this matter should be sent to:

Franklin P. Brannen
frank.brannen@lewisbrisbois.com
Charles K. Reed
charles.reed@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 4700
Atlanta, GA  30308
404-348.8585
404-467-8845 (Fax)

Respectfully submitted, this 29th day of March, 2021.

4818-1302-2691.1

/s/ Franklin P. Brannen, Jr.
Charles K. Reed
Georgia Bar No. 597597
Franklin P. Brannen, Jr.
Georgia Bar No. 076432
Chuck.Reed@lewisbrisbois.com
Frank.Brannen@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street, NE, Suite 4700
Atlanta, GA 303098
(404) 348-8585
*Counsel for All-Clad Metalcrafters, LLC and Groupe SEB USA, Inc.*

4818-1302-2691.1

## CERTIFICATE OF SERVICE

I, Franklin P. Brannen, Jr., hereby certify that on March 29, 2021, a true and correct copy of this document was served on all parties via the Electronic Case Filing System.

/s/ Franklin P. Brannen, Jr.
Franklin P. Brannen, Jr.
Georgia Bar No. 076432
Frank.Brannen@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street, NE, Suite 4700
Atlanta, GA 30308
(404) 348-8585
*Counsel for All-Clad Metalcrafters, LLC and Groupe SEB USA, Inc.*

4818-1302-2691.1